

No. 17–0367/NA. U.S. v. Russell Coble. CCA 201600130. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 11, 2017.

Wednesday, April 26, 2017

No. 17–0257/AR. U.S. v. Daren L. Humphrey. CCA 20160518. Appellant's motion to withdraw the petition for grant of review granted.

No. 17–0235/AR. U.S. v. Joshua P. Maez. CCA 20150810. On consideration of Appellant's motion to file a corrected copy of matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), it is ordered that said motion is hereby granted.

No. 17–0307/AR. Robert B. Bergdahl, Appellant v. Jeffrey R. Nance, Colonel, J.A. Military Judge, and United States, Appellees. CCA 20170114. Appellant's motion to correct erratum is granted.

No. 17–0369/AF. U.S. v. Michael R. Hassell. CCA 38903. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 15, 2017.